# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| SUSAN G. HARPER, | | |
| Plaintiff, | | 2:15-cv-00744-JCM-VCF |
| vs. | | **ORDER** |
| SAM'S WEST, INC., *et al.*, | | |
| Defendants. | | |

Before the court is Plaintiff's Emergency Motion to Extend Discovery Deadlines (#15).

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Extend Discovery Deadlines (#15) must be filed by September 28, 2015. No reply is necessary.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Extend Discovery Deadlines (#15) is scheduled for 1:00 p.m., October 1, 2015, in courtroom 3D.

DATED this 21st day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE