# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUSAN HARPER, | |
| Plaintiff, | 2:15-cv-00744-JCM-VCF |
| vs. | **ORDER** |
| SAM'S WEST, INC., *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Emergency Motion to Compel and for Protective Order (#17).

IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion to Compel and for Protective Order (#17) must be filed on or before September 28, 2015. No reply necessary.

IT IS FURTHER ORDERED that Plaintiff's deposition scheduled for September 24, 2015 is stayed pending further order of the court.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion to Compel and for Protective Order (#17) is scheduled for 1:00 p.m., October 1, 2015, in courtroom 3D.

DATED this 22nd day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE